Monica Ariel Mihell, Esq. (SBN 108829)
Mihell & Associates
1541 Ocean Avenue, Suite 200
Santa Monica, CA 90401
Telephone: (310) 424-1415
Facsimile: (310) 424-1416

Attorney for Defendant,
DUSTIN YORK



FILED

JUN -2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
J. HELLINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-cr-00131 AWI |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| vs. | |
| DUSTIN YORK, | |
| Defendant. | |

Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant, Dustin York, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant, Dustin York, agrees that his interests shall be represented at all times by the presence of his attorney, Monica A. Mihell, the same as if Defendant, Dustin York, were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Defendant, Dustin York, further agrees that notice to Monica A. Mihell, Defendant's attorney, that Defendant's presence is required will be deemed notice to Defendant, Dustin York, of the requirement of his appearance at said time and place.

WAIVER OF DEFENDANT, DUSTIN YORK'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON

Defendant, Dustin York, makes this request because the time, distance and expense involved and required for to travel to and from Fresno for court appearances would be both a financial and personal hardship. Defendant, Dustin York, respectfully wishes to limit the number of personal court appearances and minimize expense of travel to court. Defendant, Dustin York, is currently self-employed and is therefore dependent on the schedules of others for his livelihood. Defendant, Dustin York, has limited hours in which to provide for his support. Driving an older pickup truck, the coast of gasoline is considerable for him to make the trip from Bakersfield, in addition to hotel, food and other expenses attendant to travel. Defendant, Dustin York, is currently in compliance with all his conditions under pretrial Services.

This request is made pursuant to Fed.R.Crim.P, 43(b)(3).

Dated: May 16, 2010

By _____
Dustin York

Dated: May 11, 2010

MIHELL & ASSOCIATES

By _____
Monica A. Mihell

ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant Dustin York's appearance may be waived at any and all non-substantiative pretrial proceedings until further order.

IT IS SO ORDERED

Dated: May 17, 2010   _____
CHIEF UNITED STATES DISTRICT JUDGE

2
WAIVER OF DEFENDANT, DUSTIN YORK'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON