ALLISON B. MARGOLIN
The Margolin Law Office
8749 Holloway Drive
West Hollywood, CA
Fresno, California 90039
Telephone:   (310) 652-0991

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00131-AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| USA v. Nolan et al, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendants JOSEPH NOLAN, JOSEPH TAYOLOR, MARK MCGRATH, DUSTIN YORK, and JEREMY DUNN by and through their attorneys, ANTHONY P. CAPOZZI, MICHAEL D. NASATIR, ALLISON B. MARGOLIN, CHARLES J. LEE, MONICA A. MIHELL, and JOHN FREDERICK GARLAND, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.   The parties to the above-captioned matter agree to vacate the November 22, 2010, hearing date, recently set by the Court sua sponte, and reset the matter for January 10, 2011, at 1:30 p.m.

   2.   The parties stipulate that the continuance is necessary

1

1 | to ensure defense adequate time to conduct further investigation.
2 |     3.  The parties further stipulate that time should be
3 | excluded in the interest of justice.

DATED: November 4, 2010                     Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                           By: /s/ Karen A. Escobar
                               KAREN A. ESCOBAR
                               Assistant U.S. Attorney

                               /s/ W. Anthony P. Capozzi
                               ANTHONY P. CAPOZZI
                               Attorney for Defendant
                               JOSEPH NOLAN

                               /s/ W. Michael D. Nasatir
                               MICHAEL D. NASATIR
                               Attorney for Defendant
                               JOSEPH NOLAN

                               /s/ W. Allison B. Margolin
                               ALLISON B. MARGOLIN
                               Attorney for Defendant
                               JOSEPH TAYLOR

                               /s/ W. Charles J. Lee
                               CHARLES J. LEE
                               Attorney for Defendant
                               MARK MCGRATH

                               /s/ W. Monica A. Mihell
                               MONICA A. MIHELL
                               Attorney for Defendant
                               DUSTIN YORK

                               /s/ W. John F. Garland
                               JOHN F. GARLAND
                               Attorney for Defendant
                               JEREMY DUNN

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of November 22 is hereby vacated in this matter and is reset for January 10, 2010, at 1:30 p.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the government continuity of counsel and would deny the defendant an opportunity to further investigate and properly negotiate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  November 10, 2010          /s/ A.K. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE