MARGOLIN LAW OFFICE
ALLISON B. MARGOLIN, Esq. (SBN 222370)
8749 Holloway Drive
West Hollywood, California 90069
Telephone: (310) 652-0991
Facsimile: (310) 652-1501

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-CR-00131-AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION RE: CONTINUANCE |
| | ) | AND ORDER |
| v. | ) | |
| | ) | |
| NOLAN ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | Hon. Anthony W. Ishii |
| | ) | |

Defendants JOSEPH NOLAN, JOSEPH TAYLOR, MARK MCGRATH, DUSTIN YORK, and JEREMY DUNN by and through their attorneys, ANTHONY P. CAPOZZI, MICHAEL D. NASATIR, ALLISON B. MARGOLIN, CHARLES J. LEE, MONICA A. MIHELL, and JOHN FREDERICK GARLAND, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.    The parties to the above-captioned matter agree to vacate the January 10, 2011 hearing date, previously stipulated to by all parties and ordered by the Court, and reset the matter for February 28, 2011, at 1:30 p.m.

1

2. The parties stipulate that the continuance is necessary to ensure defense adequate time to conduct further investigation.

3. The parties further stipulate that time should be excluded in the interest of justice.

DATED: January 5, 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                      By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

                                          /s/ W. Michael D. Nasatir
                                          MICHAEL D. NASATIR
                                          Attorney for Defendant
                                          JOSEPH NOLAN

                                          /s/ Allison B. Margolin
                                          ALLISON B. MARGOLIN
                                          Attorney for Defendant
                                          JOSEPH TAYLOR

                                          /s/ W. Charles J. Lee
                                          CHARLES J. LEE
                                          Attorney for Defendant
                                          MARK MCGRATH

                                          /s/ W. Monica A. Mihell
                                          MONICA A. MIHELL
                                          Attorney for Defendant
                                          DUSTIN YORK

                                          /s/ W. John F. Garland
                                          JOHN F. GARLAND
                                          Attorney for Defendant
                                          JEREMY DUNN

**ORDER**

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of January 10, 2011 is hereby vacated in this matter and is reset for February 28, 2011, at 1:30 p.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the government and the defendant an opportunity to further investigate and properly negotiate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161 (h) (8) (A).

IT IS SO ORDERED.

Dated:     January 7, 2011    
                                    CHIEF UNITED STATES DISTRICT JUDGE