BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00131 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER THEREON |
| ) | FOR CONTINUANCE |
| v. ) | |
| ) | |
| JOSEPH NOLAN ET AL, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   Defendants JOSEPH NOLAN, JOSEPH TAYLOR, MARK MCGARTH, DUSTIN YOUR, and JEREMY DUNN by and through their attorneys, ANTHONY P. CAPOZZI, MICHAEL D. NASATIR, ALLIOSN B. MARGOLIN, CHARLES J. LEE, MONICA A. MIHELL, and JOHN FREDERICK GARLAND, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that Status Conference set for May 2, 2011, be continued to May 31, 2011 at 11:00 a.m. due to the unavailability of counsel for the government, who is on medical leave following knee replacement surgery.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation, plea negotiations,

1  availability of counsel, and the filing of motions, pursuant to
2  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3
4  Dated: April 26, 2011                    Respectfully submitted,
5                                           BENJAMIN B. WAGNER
                                             United States Attorney
6
7                                      By:  /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
8                                            Assistant U.S. Attorney
9  Dated: April 26, 2011                    /s/ W. Anthony P. Capozzi
                                             ANTHONY P. CAPOZZI
10                                           Attorney for Defendant
                                             JOSEPH NOLAN
11
                                             /s/ W. Michael D. Nasatir
12                                           MICHAEL D. NASATIR
                                             Attorney for Defendant
13                                           JOSEPH NOLAN
14                                           /s/ W. Allison B. Margolin
                                             ALLISON B. MARGOLIN
15                                           Attorney for Defendant
                                             JOSEPH TAYLOR
16
                                             /s/ W. Charles J. Lee
17                                           CHARLES J. LEE
                                             Attorney for Defendant
18                                           MARK MCGRATH
19                                           /s/ W. Monica a. Mihell
                                             MONICA A. MIHELL
20                                           Attorney for Defendant
                                             DUSTIN YORK
21
                                             /s/ W. John F. Garland
22                                           JOHN F. GARLAND
                                             Attorney for Defendant
23                                           JEREMY DUNN
24
25
26
27
28

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the status conference currently set in this matter for May 2 at 11:00 a.m., shall be continued to May 31, 2011, at 11:00 a.m.

THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:     April 27, 2011                              _____
                                     CHIEF UNITED STATES DISTRICT JUDGE