```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK McGRATH and DUSTIN YORK,<br><br>Defendant. | 1:10-cr-00131 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND<br>ORDER |

The above-named Defendants in the above-captioned matter, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate their January 23, 2012, sentencing hearings and reset the matter

////

////

1

for March 5, 2012, at 11:00 a.m., the anticipated new status conference dates of co-defendants JOSEPH NOLAN and JEREMY DUNN.

DATED: January 19, 2012                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

                                           /s/ Charles Lee
                                           CHARLES LEE
                                           Attorney for Defendant
                                           Mark McGrath

                                           /s/ Monica Mihell
                                           MONICA MIHELL
                                           Attorney for Defendant
                                           Joseph York

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearings set January 23, 2012, for the above-named defendants only is hereby vacated and is reset for March 5, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated:      February 8, 2012
                                           CHIEF UNITED STATES DISTRICT JUDGE

2