```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br><br>DUSTIN YORK,<br><br><br>           Defendant. | 1:10-cr-00131 AWI<br><br><br><br>STIPULATION RE:<br>CONTINUANCE AND<br>ORDER |

The above-named Defendant in the above-captioned matter, by and through his attorney, MONICA MIHELL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate his March 5, 2012, sentencing hearing and reset the matter for June 25, 2012, at 11:00 a.m.

| | | |
|---|---|---|
| 1 | DATED: February 29, 2012 | Respectfully submitted, |
| 2 | | BENJAMIN B. WAGNER |
| | | United States Attorney |

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Monica Mihell
MONICA MIHELL
Attorney for Defendant
Dustin York

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set March 5, 2012, for the above-named defendant is hereby vacated and is reset for June 25, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated:     March 1, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

2