MONICA A. MIHELL, ESQ. SBN 108829
MIHELL & ASOCIATES
1541 OCEAN AVENUE
SUITE 200
SANTA MONICA, CALIFORNIA 90401
Telephone    310/424-1415
Facsimile    310/424-1416

ATTORNEY FOR DEFENDANT,
DUSTIN YORK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>     vs.<br>DUSTIN YORK,<br><br>                          Defendant. | Case No.: 1:10-cr-00131 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>**DATE:  September 17, 2012**<br>TIME:    10:00 A.M.<br>JUDGE:   Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for June 25, 2012 **may be continued to September 17, 2012 at 10:00 am.**

This continuance is at the request of counsel for Defendant Dustin York.

///

///

_____
**Defendant Dustin York's Stipulation and [Proposed] Order
to Continue Sentencing Hearing**

As this is a sentencing hearing, no exclusion of time is necessary.

DATE:  June 20, 2012

Respectfully submitted,

MIHELL & ASSOCIATES

By:_/s/ Monica A. Mihell_____
        Monica A. Mihell, Esq.
        Attorney for Defendant, Dustin York

DATE:  June 20, 2012

BENJAMIN B. WAGNER
United States Attorney

By:_/s/ Karen Escobar_____
        Karen Escobar,
        Assistant United States Attorney
        Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  June 22, 2012        _____
                            CHIEF UNITED STATES DISTRICT JUDGE

_____
**Defendant Dustin York's Stipulation and [Proposed] Order
to Continue Sentencing Hearing**