BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DUSTIN YORK,<br><br>             Defendant. | 1:10-cr-00131 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND<br>ORDER |

The above-named Defendant in the above-captioned matter, by and through his attorney, MONICA MIHELL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate his September 17, 2012, sentencing hearing and reset the matter
////
////

1

for December 3, 2012, at 11:00 a.m.

DATED: September 13, 2012                    Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                 KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

                                             /s/ Monica Mihell
                                             MONICA MIHELL
                                             Attorney for Defendant
                                             Dustin York

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set September 17, 2012, for the above-named defendant is hereby vacated and is reset for December 3, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated:     September 13, 2012        _____
                                     CHIEF UNITED STATES DISTRICT JUDGE

2