BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:10-cr-00131 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: CONTINUANCE AND ORDER |
| DUSTIN YORK, | ) | |
| Defendant. | ) | |

The above-named Defendant in the above-captioned matter, by and through his attorney, MONICA MIHELL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate his December 3, 2012, sentencing hearing and reset the matter

////

////

1

for January 14, 2013, at 11:00 a.m.

DATED: November 28, 2012                Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

                                      /s/ Monica Mihell
                                      MONICA MIHELL
                                      Attorney for Defendant
                                      Dustin York

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set December 23, 2012, for the above-named defendant is hereby vacated and is reset for January 14, 2013, at 11:00 a.m. IT IS SO ORDERED.

Dated:     November 29, 2012                    _____

                                                    UNITED STATES DISTRICT JUDGE