```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-00131 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION RE: |
| v. ) | CONTINUANCE AND |
| ) | ORDER |
| DUSTIN YORK, ) | |
| ) | |
| Defendant. ) | |

The above-named Defendant in the above-captioned matter, by and through his attorney, MONICA MIHELL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate his January 14, 2012, sentencing hearing and reset the matter

////

////

1

for January 22, 2012, at 11:00 a.m.

2. The continuance is necessitated by the availability of the government's attorney on January 14 due to the recent setting by the Ninth Circuit of an oral argument in *United States v. Francheska Brizan* on that date.

DATED: December 19, 2012            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

                                    /s/ Monica Mihell
                                    MONICA MIHELL
                                    Attorney for Defendant
                                    Dustin York

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set January 14, 2012, for the above-named defendant is hereby vacated and

IT IS SO ORDERED.

Dated:  December 21, 2012           _____
                                    UNITED STATES DISTRICT JUDGE